IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| YVONNE R. ALSTON,<br>    Plaintff, | *<br>*<br>*<br>* |  |
| v. | *<br>*<br>* | Civil Action No. 12-cv-02270-AW |
| HARTFORD FINANCIAL SERVICES, INC.<br>    Defendant. | *<br>*<br>* |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

On December 18, 2012, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.  Doc. No. 15. Therefore, it is, this **19th day of December, 2012**, hereby **ORDERED** that:

1) This case is **DISMISSED** with prejudice with each party to bear its own costs;

2) The Clerk shall **CLOSE** this case; and

3) The Clerk shall transmit a copy of this Order to all counsel of record and **MAIL** a copy to *pro se* Plaintiff.

                                                                 /s/
                                            Alexander Williams, Jr.
                                            UNITED STATES DISTRICT JUDGE